Certificate Number: 12433-PAE-DE-027860994

Bankruptcy Case Number: 12-15649


12433-PAE-DE-027860994

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 4, 2016, at 6:37 o'clock PM EDT, James E. Fitt, Jr. completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: August 4, 2016

By: /s/Laura Gannon

Name: Laura Gannon

Title: Teacher