United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 12-15649-sr
James E Fitt, Jr.                                                           Chapter 13
Michelle K Fitt
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Stacey              Page 1 of 2              Date Rcvd: Oct 17, 2016
                               Form ID: 138NEW           Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2016.
```
db/jdb         +James E Fitt, Jr.,    Michelle K Fitt,    3941 Glendale Road,    Huntingdon Valley, PA 19006-2410
12779273       +Abingotn Health Physicians,    P.O. Box 786321,    Philadelphia, PA 19178-6321
12779274        Acs/Usbank,    501 Bleecker St,    Utica, NY 13501-2498
12779276        Ameri Financial Solutions,    P.O. Box 602570,    Charlotte, NC 28260-2570
12836585        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
12779277       +Amerifinancial Solutio,    Po Box 602570,    Charlotte, NC 28260-2570
12779278       +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
12779279      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Po Box 982238,    El Paso, TX 79998)
12779281       +Bca Financial Services,    18001 Old Cutler Rd Ste,    Palmetto Bay, FL 33157-6437
12779283       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
12779285       +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
12872987        Educational Credit Management Corporation,    P. O. Box 75906,    St. Paul, MN 55175
12790355      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company LLC,    Dept 55953,    P O Box 55000,
                 Detroit MI   48255-0953)
12779289       +Ford Cred,    Po Box Box 542000,    Omaha, NE 68154-8000
12779291        Kerr and Company,    2 Penn Center, Suite 1040,    1500 J.F.K. Blvd.,
                 Philadelphia, PA 19102-1721
12779292        Montgomery Hospital MC,    P.O. Box 827778,    Philadelphia, PA 19182-7778
13504707      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC.,    PO Box 619096,    Dallas, TX 75261-9741)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            +E-mail/Text: bncmail@w-legal.com Oct 18 2016 02:34:40     RICHARD S. RALSTON,
                 Weinstein & Riley P. S.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
smg             E-mail/Text: bankruptcy@phila.gov Oct 18 2016 02:35:01     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 18 2016 02:34:53     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12886311       +E-mail/Text: bncmail@w-legal.com Oct 18 2016 02:34:52     Azurea I, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
12796772       +E-mail/Text: bncmail@w-legal.com Oct 18 2016 02:34:41     BACK BOWL I LLC, SERIES C,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12914687        E-mail/Text: bankruptcy@phila.gov Oct 18 2016 02:35:01     City of Philadelphia,
                 SchoolDistrict of Philadelphia,    Law Department - Tax Unit,    One Parkway Building,
                 1515 Arch Street, 15th Floor,    Philadelphia, PA  19102-1595
12779282       +E-mail/Text: bk.notifications@jpmchase.com Oct 18 2016 02:34:06     Chase,    Po Box 901076,
                 Ft Worth, TX 76101-2076
12779287       +E-mail/Text: bankruptcy@phila.gov Oct 18 2016 02:35:01     City of Philadelphia,
                 1515 Arch Street, 15 th Floor,    Philadelphia, PA 19102-1504
12925947        E-mail/Text: bankruptcy@phila.gov Oct 18 2016 02:35:01
                 City of Philadelphia, Law Department - Tax Unit,    Municipal Services Building,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1617
12797740        E-mail/Text: cio.bncmail@irs.gov Oct 18 2016 02:33:55     DEPARTMENT OF TREASURY,
                 INTERNAL REVENUE SERVICE,    P O BOX 7346,    PHILADELPHIA PA 19101-7346
12782261        E-mail/Text: mrdiscen@discover.com Oct 18 2016 02:33:43     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
12779288       +E-mail/Text: mrdiscen@discover.com Oct 18 2016 02:33:43     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
12816385        E-mail/Text: bk.notifications@jpmchase.com Oct 18 2016 02:34:06     JPMorgan Chase Bank, NA,
                 c/o Mary Lautenberg,    201 N. Central Ave,    Mail Code: AZ1-1191,    Phoenix, AZ 85004-0073
12799818       +E-mail/Text: bncmail@w-legal.com Oct 18 2016 02:34:48
                 KEYSTONE RECOVERY PARTNERS LLC, SERIES A,    C O WEINSTEIN AND RILEY, PS,
                 2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12855445        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2016 02:37:54
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
12779294       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 18 2016 02:34:18     Pa. Department of Revenue,
                 Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
12829977        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 18 2016 02:34:18
                 Pennsylvania Department Of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
12779295       +E-mail/PDF: pa_dc_claims@navient.com Oct 18 2016 02:38:00     Sallie Mae,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
                                                                                              TOTAL: 18
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0313-2           User: Stacey                 Page 2 of 2                   Date Rcvd: Oct 17, 2016
                               Form ID: 138NEW              Total Noticed: 35

smg*              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                    Harrisburg, PA 17128-0946
cr*              +Azurea I, LLC,    c/o Weinstein & Riley, P.S.,     2001 Western Ave., Ste. 400,
                    Seattle, WA 98121-3132
12779275*         Acs/Usbank,    501 Bleecker St,    Utica, NY 13501-2498
12779280*       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  Bank Of America,    Po Box 982238,    El Paso, TX 79998)
12798093*       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  FIA CARD SERVICES, N.A.,    PO Box 15102,
                    Wilmington, DE 19886-5102)
12779284*        +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
12779286*        +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
12779290*       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                    PHILADELPHIA PA 19101-7346
                 (address filed with court:  Internal Revenue Service,    P.O. Box 21126,
                    Philadelphia, PA 19114-0326)
12779293*       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:  Nationstar Mortgage Ll,    350 Highland Dr,    Lewisville, TX 75067)
12843071*       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:  Nationstar Mortgage, LLC,    350 Highland Drive,
                    Lewisville, Texas 75067)
                                                                                              TOTALS: 0, * 10, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email)
system on October 17, 2016 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor James E Fitt, Jr. dmo160west@gmail.com,
               davidoffenecf@gmail.com
              DAVID M. OFFEN    on behalf of Joint Debtor Michelle K Fitt dmo160west@gmail.com,
               davidoffenecf@gmail.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              HOWARD    GERSHMAN    on behalf of Creditor    Ford Motor Credit Company LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage, LLC pabk@logs.com
              MARISA MYERS COHEN    on behalf of Creditor    Nationstar Mortgage, LLC mcohen@mwc-law.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: James E Fitt, Jr. and Michelle K Fitt
    Debtor(s)

Bankruptcy No: 12−15649−sr
Chapter: 13

___

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 10/17/16

84 − 83
Form 138_new