United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
James E Fitt, Jr.  
Michelle K Fitt  
    Debtors

Case No. 12-15649-sr  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Dec 05, 2016  
                        Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2016.  
db/jdb        +James E Fitt, Jr.,   Michelle K Fitt,   3941 Glendale Road,   Huntingdon Valley, PA 19006-2410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2016                                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2016 at the address(es) listed below:  
        DAVID M. OFFEN   on behalf of Debtor James E Fitt, Jr. dmo160west@gmail.com, davidoffenecf@gmail.com  
        DAVID M. OFFEN   on behalf of Joint Debtor Michelle K Fitt dmo160west@gmail.com, davidoffenecf@gmail.com  
        FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        HOWARD   GERSHMAN   on behalf of Creditor   Ford Motor Credit Company LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net  
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Nationstar Mortgage, LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        LEEANE O. HUGGINS   on behalf of Creditor   Nationstar Mortgage, LLC pabk@logs.com  
        MARISA MYERS COHEN   on behalf of Creditor   Nationstar Mortgage, LLC mcohen@mwc-law.com  
        POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                                    TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                              : Chapter 13

James E Fitt, Jr. and Michelle K Fitt               : Case No. 12–15649–sr
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , December 5, 2016 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Stephen Raslavich
Judge , United States Bankruptcy Court

88
Form 195